


SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
 1 | DANIEL G. BOGDEN
   | United States Attorney
 2 | ERIC JOHNSON
   | Assistant United States Attorney
 3 | 333 Las Vegas Boulevard South
   | Suite 5000
 4 | Las Vegas, Nevada 89101
   | (702)  388-6336
 5 | (702)  388-6020 Facsimile
 6 |
 7 |                    UNITED STATES DISTRICT COURT
 8 |                        DISTRICT OF NEVADA
 9 | UNITED STATES OF AMERICA,        )
10 |                                  )   2:13-mj-00363-CWH
   |                                  )
11 |              Plaintiff,          )
   |                                  )   GOVERNMENT'S EX PARTE
12 |       v.                         )   MOTION TO UNSEAL
   |                                  )
13 | CHRISTOPHER MILES SCHALBERG,     )
   |                                  )
14 |              Defendant.          )
   |                                  )
15 |
16 |     COMES NOW the United States of America, by and through Daniel G. Bogden,
17 | United States Attorney, and Eric Johnson, Assistant United States Attorney, and respectfully
18 | moves this Honorable Court for an Order unsealing the Complaint for Extradition so that the
19 | defendants may have access to them.
20 |
21 |     June 4, 2013.
                                          Respectfully submitted,
22 |
                                          DANIEL G. BOGDEN
23 |                                       United States Attorney
24 |                                       /s/
                                          ERIC JOHNSON
25 |                                       Assistant United State Attorney
26 |
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | 2:13-mj-00363-CWH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO UNSEAL** |
| ) | |
| CHRISTOPHER MILES SCHALBERG, ) | |
| ) | |
| Defendant. ) | |

Based on the Ex Parte Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint for Extradition, as well as the application requesting a sealing order and this Order, in the above-captioned matter shall be unsealed.

DATED this  6th  day of  June  2013.

_____
HON. CARL W. HOFFMAN
UNITED STATES DISTRICT COURT JUDGE