

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| IN THE MATTER OF THE EXTRADITION OF: CHRISTOPHER MILES SCHALBERG | No. 2:13-mj-363-CWH<br><br>ORDER |
|---|---|

The Court having received the Complaint filed on May 22, 2013, by Eric Johnson, Assistant United States Attorney for the District of Nevada, for and on behalf of the Government of Australia, pursuant to the request of the Government of Australia, for extradition of CHRISTOPHER MILES SCHALBERG, and an affidavit executed by CHRISTOPHER MILES SCHALBERG, and witnessed by his attorney;

And, further, the Court having been advised in open session that: CHRISTOPHER MILES SCHALBERG is a fugitive sought by the Government of Australia; that he is aware that the Government of Australia has issued an arrest warrant for him charging Dealing with Money with a Value of $100,000 or More, namely $102,805, which was Proceeds of Crime, Believing the Said Money to be Proceeds of Crime, in violation of section 400.4(1) of the Australia Criminal Code; he is also aware that the Government of Australia has initiated extradition proceedings pursuant to the extradition treaty in force between the Government of the United States and the Government of Australia, and Title 18, Unites States Code, section 3184 *et seq.*; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this Country pursuant to the extradition treaty in force between the Government of the United States and the Government of Australia and Title 18 United States Code, Section 3184 *et seq.*; and that he has knowingly and voluntarily waived those rights;

1

IT IS THEREFORE ORDERED that CHRISTOPHER MILES SCHALBERG, be committed to the custody of the United States Marshal of the District of Nevada pending arrival of the duly authorized representatives of the Government of Australia, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Australia, to the custody of such authorized representatives to be transported by Australia to be held for trial or other disposition, provided that commitment to the custody of the Marshals under this order shall occur at such time as the fugitive's surrender to the Government of Australia is called for by the provisions of the extradition treaty; and

IT IS FURTHER ORDERED that the transfer of physical custody of CHRISTOPHER MILES SCHALBERG, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal for the District of Nevada and the duly authorized representatives of the Government of Australia.

The Clerk of the Court is directed to forward certified copies of this Order and executed Affidavit of Waiver to the Director of the Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C. and the United States Attorney's Office.

SO ORDERED this 12th day of July, 2013.

_____
C. WILLIAM HOFFMAN
United States Magistrate Judge
District of Nevada